IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

BENJAMIN ZARGARIAN,

                  Plaintiff,

                                             Civil Action No. 6:07-CV-829

   vs.

ROBERT THOMAS, ET AL.

                  Defendants.

---

| APPEARANCES: | OF COUNSEL: |
|---|---|
| FOR PLAINTIFF: | |
| OFFICE OF ELMBER KEACH, III<br>1040 Riverfront Center<br>P.O. Box 70<br>Amsterdam, New York 12010 | ELMER KEACH, III, ESQ. |
| FOR DEFENDANTS: | |
| BURKE, SCOLAMIERO LAW FIRM<br>9 Washington Square, Suite 201<br>P.O. Box 15085<br>Albany, New York 12212 | GERALD D'AMELIA, JR., ESQ. |
| OFFICE OF MICHAEL M. EMMINGER<br>900 Watervliet-Shaker Road<br>Albany, New York 12212 | MURRAY BROWER, ESQ. |

NEAL P. MCCURN
SENIOR U.S. DISTRICT JUDGE

JUDGMENT DISMISSING ACTION
<u>BASED UPON SETTLEMENT</u>

The parties have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly, following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

It is therefore hereby

ORDERED, as follows:

1) This action is dismissed, with prejudice, except as set forth below.

2) The court will retain complete jurisdiction to vacate this order and to reopen the action within three months from the date of this order upon cause shown that the settlement has not been completed and further litigation is necessary.

3) The Clerk shall forthwith serve copies of this judgment upon the parties and/or their attorneys appearing in this action by electronic means.

Dated:   November 24, 2009
         Syracuse, New York

_____
Neal P. McCurn
Senior U.S. District Judge